# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIERSTIN GILBERT,** | : | **CIVIL ACTION NO. 1:16-CV-1798** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **MILTON HERSHEY SCHOOL,** | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 11th day of January, 2019, upon consideration of the motion (Doc. 28) for summary judgment filed by defendant Milton Hershey School (the "School"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The School's motion (Doc. 28) for summary judgment is GRANTED in its entirety.

2. The Clerk of Court shall enter judgment in the School's favor and against Plaintiff on all remaining claims, to wit: Counts I and II of the amended complaint based on failure to promote.

3. The Clerk of Court is further DIRECTED to close this case.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania